UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEDWEST ASSOCIATES, INC.,

    Plaintiff,

Case No. 1:18-cv-00966-JTN-ESC

v.

Hon. Janet T. Neff

ERIC WAGNER,

    Defendant.
_____/

## ORDER

This matter is before the Court on Defendant's Motion for Extension of Time to File Answer (ECF No. 10), which was filed October 5, 2018. Effective September 28, 2015, Local Rule 7.1(d) was amended to require the following: "All nondispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule." W.D. Mich. LCivR 7.1(d); see Administrative Order No. 15-RL-78 (Sept. 11, 2015). The motion fails to comply with this requirement. Accordingly,

IT IS ORDERED that Defendant's Motion for Extension of Time to File Answer (ECF No. 10) is DENIED without prejudice to refile.

IT IS SO ORDERED.


Dated: October 9, 2018        /s/ Janet T. Neff
                                           JANET T. NEFF
                                           United States District Judge