**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MEDWEST ASSOCIATES, INC. an Illinois corporation, | ) ) ) Case No. 1:18-CV-00966 |
| Plaintiff, | ) ) Hon. Janet T. Neff |
| v. | ) ) ) |
| ERIC WAGNER, an individual, | ) ) |
| Defendant. | ) |

---

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF**

---

Defendant Eric Wagner ("Wagner"), submitted his unopposed Motion to for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Verified Complaint for Injunctive Relief (the "Complaint"), up through and including October 12, 2018, pursuant to Local Rule 6.

IT IS THEREFORE ORDERED that Defendant Eric Wagner's Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Verified Complaint is granted and Defendant Eric Wagner shall be allowed up to and including October 12, 2018, within which to submit a response to the Verified Complaint.

_____
JUDGE

Date:_____